```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JASON CALDERON,

                              Plaintiff,                        24-CV-4631 (VEC) (KHP)

               -against-                             **POST-CONFERENCE ORDER**

THE CITY OF NEW YORK, et al.

                             Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On January 23, 2025, the parties appeared before the undersigned for an initial case management conference. As discussed at the conference and set forth more fully on the record, Defendants shall file their Motion to Dismiss **by February 20, 2025**. Plaintiff shall file his opposition **by March 20, 2025**. Defendants shall file their reply **by April 3, 2025**. Discovery shall be stayed pending the outcome of the Motion to Dismiss.

      The Court notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court. The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion. Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org. In-person appointments in the Thurgood Marshall Courthouse in

Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm.  Appointments are also available remotely Monday through Friday, 10am to 4pm.

**SO ORDERED.**

DATED:  New York, New York
January 23, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge