**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JASON CALDERON,

                     Plaintiff,                      24 **CIVIL** 4631 (VEC)(KHP)

       -against-                                  **JUDGMENT**

CITY OF NEW YORK et al.,

                     Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 8, 2025, the Court ADOPTS the R&R in full. Defendant's motion to dismiss is GRANTED. Because Plaintiff is pro se and it is possible that he may be able to allege additional facts sufficient to support his constitutional claims pursuant to Section 1983 (assuming he has exhausted administrative remedies), the case is DISMISSED WITHOUT PREJUDICE. Because neither party objected to the R&R, and because the R&R expressly warned that the failure timely to object would result in the waiver of any such objections, appellate review of this decision is precluded. See Fed. R. Civ. P. 72(b) advisory committee's note; Caidor v. Onondaga Cnty., 517 F.3d 601, 604–05 (2d Cir. 2008).

**Dated:** New York, New York
         July 9, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                    **BY:**              *K. Mango*

                                                           **Deputy Clerk**